UNITED STATES DISTRICT COURT

EASTERN DISTRICT FOR LOUISIANA

| | | |
|---|---|---|
| WILLIAM NOEL, III | * | NO. 15-2411 |
| | * | |
| VERSUS | * | SECTION: |
| | * | |
| FREEPORT -MCMORAN | * | MAGISTRATE: |
| OIL & GAS, LLC. | * | |
| *   *   *   *   *   * | * | |

## COMPLAINT

NOW INTO COURT, through undersigned counsel, comes William Noel, III, a resident and citizen of the full age of majority, domiciled in Abbeville, Louisiana.

1.

Jurisdiction is vested in this Court pursuant to 43 USC §1331 *et. seq*.

2.

Made defendant herein:

1) Freeport-McMoran, Oil & Gas, LLC., a foreign corporation authorized to and doing business in the State of Louisiana with its principle place of business in the Parish of Orleans and a registered agent at 320 Somerulos St., Baton Rouge, LA 70802

4.

At all pertinent times Freeport-McMoran was the owner and operator of the MARLIN TLP, a production platform located on the outer continental shelf, and adjacent to the State of Louisiana.

5.

At all pertinent times petitioner was the employee of Eurest Services, Inc., a catering company.

6.

On or about April 11, 2015, petitioner was working as a supervisor for Eurest Services, Inc., and was assigned to the MARLIN TLP.  Petitioner was in the process of unloading groceries in the freezer when he slipped on the metal floor, causing him to suffer injuries to his neck and back.

7.

By reason of the occurrences made the basis of this action, including the conduct on the part of the defendants, petitioner sustained severe bodily injuries and damages to

his neck and back, including a herniated disc at L3-4

8.

As a result of said injuries petitioner has suffered physical pain, mental anguish and in all reasonable medical probability will continue to do so for the balance of his natural life.

9.

As a result of said injuries petitioner has suffered a loss of past, present and future lost wages, loss of capacity to work and earn money in the future and in all reasonable probability his earning capacity has been impaired permanently.  Petitioner has incurred a permanent impairment to his body.

10.

Defendant is at fault and petitioner's injuries were caused by defendant in the following respects, with such others as may be established at trial:

1. Failure to warn petitioner of the dangerous and hazardous conditions;
2. Failure to install appropriate flooring;
3. Failure to provide appropriate safety measures;
4. Failure to maintain the premises in a safe and useable condition;
5. Failure to correct a dangerous defect;

WHEREFORE, plaintiff prays this petition be deemed good and sufficient, and that after due proceedings had there by judgment in his favor and against Freeport-McMoran Oil & Gas, LLC for the full and true sum plus interest and cost and all other

general and equitable relief.

                Respectfully submitted,

                */s/ John L. Young*
                John L. Young (La. Bar No. 2199)
                915 St. Louis Street
                New Orleans, LA 70112
                (504) 581-2200
                Attorney petitioners